FILED
CLERK, U.S. DISTRICT COURT
JAN 13 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> AMBROCIO ESTRADA ) <br> NUNEZ, ) <br> ) <br> Defendant. ) | Case No.: CR 10-1020-DMG <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist., CA for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on nature of allegations; no background info or financial resources

|    |    |
|----|----|
| 1  | _____ |
| 2  | _____ |
| 3  | _____ |
| 4  | and/or |
| 5  | B.  ( )  The defendant has not met his/her burden of establishing by |
| 6  | clear and convincing evidence that he/she is not likely to pose |
| 7  | a danger to the safety of any other person or the community if |
| 8  | released under 18 U.S.C. § 3142(b) or (c). This finding is based |
| 9  | on: _____ |
| 10 | _____ |
| 11 | _____ |
| 12 | _____ |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated:    1/13/14

_____
UNITES STATES MAGISTRATE JUDGE

2