UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 10-1020-DMG |
| | ) | |
| Plaintiff, | ) | |
| V. | ) | AMENDED JUDGMENT AND |
| | ) | COMMITMENT ORDER UPON |
| AMBROSIO ESTRADA NUNEZ, | ) | REVOCATION OF SUPERVISED |
| | ) | RELEASE (*ORIGINAL SENTENCE* |
| Defendant, | ) | *DATE 1/27/2014*) |
| | ) | |
| | ) | |

On January 27, 2014, Defendant, AMBROSIO ESTRADA NUNEZ, appeared before the Court with his appointed counsel, Humberto Diaz, DFPD, for a hearing on the Probation Officer's Petition re revocation of supervised release, filed on January 23, 2012. Carol A. Chen appeared for the Government. The U.S. Probation Officer, Shannon Angelidis, was also present.

Defendant was advised of his constitutional rights and Defendant's constitutional waivers were taken. Defendant voluntarily waived his right to a hearing on the petition of the Probation Officer to revoke supervised release. The Court questioned Defendant. Defendant admitted that he violated the condition of supervision as charged in Allegation No. 1 of the Petition.

On April 6, 2015, Defendant appeared with his counsel, Jennifer J. Uyeda, DFPD, for sentencing. Carol A. Chen, Assistant United States Attorney, appeared on behalf of the Government for re-sentencing.

THE COURT FINDS that Defendant is in violation of supervised release. The Court orders Defendant's supervised release revoked. Defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of TIME SERVED, with no supervision to follow.

Defendant is advised of his right to appeal.

It is ordered that the clerk deliver a copy of this Judgment to the U.S. Marshal or other qualified officer.

DATED: April 6, 2015

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

FILED: April 6, 2015
TERRY NAFISI, CLERK

By:   /s/
      Kane Tien, Deputy Clerk